Opinions of the Colorado Supreme Court are available to the
public and can be accessed through the Judicial Branch's homepage at
http://www.courts.state.co.us.  Opinions are also posted on the
Colorado Bar Association's homepage at http://www.cobar.org.

ADVANCE SHEET HEADNOTE
May 28, 2019

**2019 CO 39**

**No. 18SC186, *Town of Breckenridge v. Egencia, LLC.***

By operation of law, the decision of the court of appeals case no. 16CA1901 (Colo.

App. Jan. 25, 2018) is affirmed by an equally divided court.  *See* C.A.R. 35(b).

## The Supreme Court of the State of Colorado

2 East 14th Avenue • Denver, Colorado 80203

---

**2019 CO 39**

---

**Supreme Court Case No. 18SC186**
*Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. **16CA1901**

---

### Petitioner:

Town of Breckenridge,

v.

### Respondents:

Egencia, LLC; Expedia, Inc.; Hotels.com GP, LLC; Hotwire, Inc.; Internetwork Publishing Corporation d/b/a Lodging.com; Lowestfare.com, Inc.; Orbitz, Inc.; Orbitz, LLC; Priceline.com, Incorporated; Site59.com, LLC; Travelnow.com, LP; Travelport, Inc. f/k/a Cendant Travel Distribution Services Group, Inc.; Travelscape, LLC.; Travelweb, LLC.; and Trip Network, Inc. d/b/a Cheaptickets.com.
.

---

### Affirmed by Operation of Law
*en banc*
May 28, 2019

---

**Attorneys for Petitioner:**
Lewis Roca Rothgerber Christie LLP
Michael Plachy
Amy Danielle Wills
Joy Allen Woller
Thomas M. Rogers III
  *Denver, Colorado*

**Attorneys for Respondents:**
Connelly Law, LLC
Sean Connelly
  *Denver, Colorado*

**Attorneys for Amicus Curiae American Society of Travel Advisors:**
Blain Myhre LLC
Blain David Myhre
*Denver, Colorado*

**Attorneys for Amici Curiae Colorado Association of SkiTowns and Colorado Hotel and Lodging Association:**
Richard B. Benenson
Justin L. Cohen
Brownstein Hyatt Farber & Schreck LLP
*Denver, Colorado*

**Attorneys for Amicus Curiae Colorado Department of Revenue**
Philip J. Weiser, Attorney General
Scott R. Bauer, Senior Assistant Attorney General
Russell D. Johnson, Assistant Solicitor General
*Denver, Colorado*

PER CURIAM.
**JUSTICE HART** does not participate.

¶1    Justice Boatright, Justice Hood and Justice Gabriel are of the opinion that the judgment of the court of appeals should be affirmed; whereas Chief Justice Coats, Justice Márquez, and Justice Samour are of the opinion that it should be reversed.  Justice Hart does not participate.

¶2    Because the court is equally divided, the judgment of the court of appeals is affirmed by operation of law C.A.R. 35(b).